

**T**HE **C**ITY OF **N**EW **Y**ORK

ZACHARY W. CARTER
*Corporation Counsel*

## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

CHRISTOPHER A. SEACORD
*Assistant Corporation Counsel*
E-mail: cseacord@law.nyc.gov
Phone: (212) 356-2444
Fax: (212) 356-1148

January 20, 2016

*BY ECF*

Hon. Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm. N208
Brooklyn, New York 11201

    Re:   <u>Bobby Farid Hadid v. City of New York, et al.</u>, 15-cv-00019 (WFK) (RER)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, and one of the attorneys assigned to the defense of the above-referenced action. In accordance with Your Honor's directive at the December 22, 2015, conference in this action, I write to provide the Court with additional information regarding the ESI collected from the Kings County District Attorney ("KCDA") custodians.

    The ESI collection from the KCDA custodians produced 83.7 MB of data. The data collected consists of 867 emails containing over 200 attachments, which produces a total of approximately 1067 reviewable items. The estimated cost of processing this data and adding it to the review platform is $200 to $300.

    While defendants acknowledge that reviewing these documents would not require an unprecedented time commitment or financial burden, the recent amendments to the Federal Rules of Civil Procedure make it clear that even a seemingly minimal burden or expense may be excessive when it is not proportional to the needs of the case. As previously discussed, the documents at issue are either irrelevant or duplicative, and defendants maintain their belief that the burden and cost of reviewing these documents far exceed any potential benefit to either party.

We once again thank the Court for its consideration.

Respectfully submitted,

/s/

Christopher A. Seacord
*Assistant Corporation Counsel*

cc: *BY ECF*

Nathaniel B. Smith
John D. Lenoir
*Attorneys for Plaintiff*